NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## PSC VSMPO-AVISMA CORPORATION AND VSMPO-TIRUS, U.S., INC.,

*Plaintiffs-Cross Appellants,*

v.

## UNITED STATES,

*Defendant-Appellee,*

AND

## US MAGNESIUM LLC,

*Defendant-Appellant.*

---

2011-1370, -1395

---

Appeals from the United States Court of International Trade in consolidated case nos. 08-CV-0321 and 08-CV-0366, Judge Judith M. Barzilay.

---

## ON MOTION

---

## ORDER

Upon consideration of US Magnesium LLC's unopposed motion to amend the protective order of the United

States Court of International Trade to add Ashley C. Parrish of King & Spalding LLP,

    IT IS ORDERED THAT:

    The motion is granted.

FOR THE COURT

**JUL 1 8 2011**
_____
     Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  John M. Gurley, Esq.
     Stephen A. Jones, Esq.
     Renee Gerber, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 1 8 2011

**JAN HORBALY**
**CLERK**